IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL CAHILL,

    Plaintiff,	No. CIV S-10-3181 DAD P

  vs.

R.L. HARRINGTON et al.,

    Defendants.	ORDER TO SHOW CAUSE
_____/

       On May 24, 2011, the United States Marshal filed a waiver of service of summons signed by defendant Harrington. According to the waiver, the defendant understands that a judgment may be entered against him if he does not file and serve on plaintiff an answer or motion under Rule 12 within 60 days of April 28, 2011. To date, defendant Harrington has not filed an answer or a motion under Rule 12 in this action.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Within thirty days of the date of this order, defendant Harrington shall show cause as to why the court should not enter default judgment against him pursuant to Fed. R. Civ. P. 55(a); and

/////

/////

1

1  2. The Clerk of the Court is directed to serve a copy of this order on defendant Harrington at Mule Creek State Prison and a courtesy copy of this order on Monica Anderson, Supervising Deputy Attorney General at the California Attorney General's Office.

DATED: September 1, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cahi3181.46